CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Crucito Serrano-Solano Jr**<br>DOB:1991; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-04918MJ |

Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION**:

On or about June 18, 2026, in the District of Arizona, **Crucito Serrano-Solano Jr.**, knowing and in reckless disregard of the fact that certain illegal aliens, Raul Morales-Dominguez, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:

On June 18, 2026, in the District of Arizona (Naco), at approximately 5:50 p.m. Border Patrol Agents (BPAs) responded to a call from a Bisbee Police Officer (BPD) for assistance with an immigration inspection at a vehicle stop on Bisbee Rd in Warren, Bisbee, Arizona. Once on scene BPAs conducted an immigration inspection on passenger Raul Morales-Dominguez who admitted to being a citizen and nationals of Mexico. Record checks revealed Morales does not possess the proper documentation to enter, pass through, or remain in the United States legally. BPD told BPAs that he had the driver, identified as **Crucito Serrano-Solano Jr**., detained in the back of his police cruiser and was issuing the driver a citation for violation Fail to Obey Traffic Control Device. BPAs advised **Serrano** that he was under arrest for transporting an illegal alien and proceeded to advise him of his *Miranda Rights*. **Serrano** stated that BPD had also read him his rights, but that he wished to prove his innocence and talk and show BPAs his phone. **Serrano** agreed that he understood his right to remain silent, but he insisted that BPAs retrieve his phone, open it, and look at his WhatsApp chat. He freely provided his phone's PIN number and then unlocked it for BPAs using his fingerprint. After a brief review with **Serrano**, BPAs told him that everything he just showed was evidence that he was working with smugglers to move IAs away from the border.

Material witness Raul Morales-Dominguez stated he is a citizen and national of Mexico. His friend made arrangements in Mexico for him to be smuggled into the United States for an unknown amount of money. He illegally crossed into the U.S. on June 17, 2026. After he had walked to a sufficient pickup location, he was phoned by the smuggling coordinator in Mexico who told him that a silver sedan would soon come for him. After getting into the backseat of the car, he rode with the driver for only a few minutes before they were stopped by police. The driver didn't speak Spanish, so there was no exchange. He described the driver's dog riding in the front seat.

**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Raul Morales-Dominguez

| | |
|---|---|
| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL NAME and TITLE<br>Nick Piccolo<br>Border Patrol Agent |
| **Sworn by telephone** _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1)] Maria S. Aguilera | DATE<br>June 22, 2026 |

[1)] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Enderle

**Continued from front page.** 26-04918MJ

After waving his *Miranda Rights*, **Crucito Serrano-Solano Jr.** stated he was baited into some easy work from a Facebook Marketplace post. He described a contact that sent him money to get him to Phoenix from Washington state, arranged to get him picked up from the airport, and helped him to get a budget rental car to do the job that was requested of driving people. He described having second thoughts about the arrangement after arriving in Phoenix. His understanding was that he was going to get up to "$2,000 per head" if he was able to transport the IAs to Phoenix where they would be transferred to another driver. **Serrano** then rephrased that to "per person". **Serrano** showed BPAs a chat on his phone with contacts named "Money moves", "Boss Lady", and another unnamed phone number from Sonora, Mexico. He was sharing his live location with the group and there were multiple voice messages about picking up people and the people he was speaking to were making excuses about why a group could not get through last night for him to pick up, encouraging him to be patient and assuring him that his effort and patience would pay off. **Serrano** stated that he was supposed to pick up a group of four IAs last night, but he ended up sleeping in the rental car somewhere in Sierra Vista, Arizona with his service animal while waiting for a group to be ready. His CashApp showed that he has received over $670 from his coordinator. He stated that these funds were to cover his expenses to get him to Cochise County.